**No. 10-10615. Martin Armando Reyes-Bueno, aka Martin A. Reyes, aka Martin Reyes, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3047, 180 L. Ed. 2d 864, 2011 U.S. LEXIS 4641.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 391.

**No. 10-10617. Joshua P. Randolph, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3048, 180 L. Ed. 2d 864, 2011 U.S. LEXIS 4707.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 628 F.3d 1022.

**No. 10-10621. Carlos Santana Morris, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3048, 180 L. Ed. 2d 864, 2011 U.S. LEXIS 4757.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 758.

**No. 10-10628. Antoine D. Cooper, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3048, 180 L. Ed. 2d 864, 2011 U.S. LEXIS 4782.

June 20, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 12 A.3d 1172.

**No. 10-10635. Shaun Carter, aka Shawa Carter, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3048, 180 L. Ed. 2d 864, 2011 U.S. LEXIS 4637.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 411 Fed. Appx. 375.

**No. 10-10639. Lazelle Maxwell, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3048, 180 L. Ed. 2d 864, 2011 U.S. LEXIS 4755.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 415 Fed. Appx. 692.